# United States District Court
## *Southern District of Georgia*

Theresa Gondolfo

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV617-133

Aleta Covington

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order entered on October 31, 2017, this case is REMANDED to

the Magistrate Court of Bulloch County, Georgia. This action stands closed.



October 31, 2017
_____
Date

Scott L. Poff
_____
Clerk

_____
(By) Deputy Clerk